**UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LORI LISK,** | : | |
| | : | |
| Plaintiff | : | No. 3:13-CV-0887 |
| | : | |
| vs. | : | (Judge Nealon) |
| | : | |
| **CAROLYN W. COLVIN,** Acting | : | (Magistrate Judge Blewitt) |
| Commissioner of Social Security | : | |
| | : | FILED SCRANTON |
| Defendant | : | JUL 0 8 2014 |
| | | PER _____ DEPUTY CLERK |

**ORDER**

**AND NOW**, this 8th day of July, 2014, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation, (Doc. 14), issued by Magistrate Judge Thomas M. Blewitt is **ADOPTED**;

2. Plaintiff's Objections, (Doc. 17), are **OVERRULED**;

3. Plaintiff's appeal from the Commissioner's decision is **DENIED**;

4. The decision of the Commissioner of Social Security denying Plaintiff disability insurance benefits is **AFFIRMED**; and

5. The Clerk of Court shall **CLOSE** this case.

_/s/ William J. Nealon_
**United States District Judge**
